IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

REBECCA L. O'BRIEN,                )
                                   )
        Plaintiff,                 )
                                   )
v.                                 )          CASE NO. 1:22-CV-681-RAH
                                   )
CHRISTINE WORMUTH,                 )
Secretary, Department of the Army, )
                                   )
        Defendant.                 )

## ORDER

On November 17, 2023, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 8) Upon an independent review of the file and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED as follows:

1.      The Recommendation (Doc. 8) is ADOPTED.

2.      This case is DISMISSED without prejudice.

DONE, on this the 12th day of December 2023.

_____
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE